DOC NO
REC'D/FILED

2020 OCT 21 PM 5: 14

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 20 CR 127 WMC |
| CAMMY J. GILLETT, | 18 U.S.C. § 2073 |
| Defendant. | 18 U.S.C. § 1711 |

THE GRAND JURY CHARGES:

COUNT 1

From on or about March 30, 2019, through on or about July 13, 2020, in the Western District of Wisconsin, the defendant,

CAMMY J. GILLETT,

while an employee of the United States Postal Service charged with the duty of keeping accounts and records of postal money order sales, knowingly and with intent to deceive, mislead and defraud, made false entries in the record of postal money order sales.

(In violation of Title 18, United States Code, Section 2073).

COUNT 2

From on or about March 30, 2019, through on or about July 13, 2020, in the Western District of Wisconsin, the defendant,

CAMMY J. GILLETT,

while an employee of the United States Postal Service, knowingly converted to her own use, money and property of the United States, specifically more than $1,000 in United States postal money orders, which had come into her hands and under her control in the execution of her duties as an employee of the United States Postal Service.

(In violation of Title 18, United States Code, Section 1711).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 10/21/2020

_____
SCOTT C. BLADER
United States Attorney