

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
222 West Washington Avenue, Suite 700
Madison, Wisconsin 53703

November 23, 2020

Gregory Dutch
131 West Wilson Street, Suite 1201
Madison, WI 53703

      Re:    *United States v. Cammy Gillett*
             Case No. 20-cr-127-wmc

Dear Attorney Dutch:

    Attached with this letter are additional discovery items 82-91. If you have any questions or concerns, please do not hesitate to contact me.

                        Very truly yours,

                        SCOTT C. BLADER
                        United States Attorney

                        By:    /s/
                        ROBERT A. ANDERSON
                        Assistant United States Attorney

Enclosure(s)
cc:    Magistrate Judge Stephen L. Crocker